CLAYTON B. JONES and Another v. OBCANSKA ZALOZNA V KARLINE.— Motion

denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.